TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-12-00164-CV

Wilks Ranch Texas Ltd.; Frac Tech Services, LLC; and the City of Cisco, Texas,
Appellants

v.

The Public Utility Commission of Texas; Barry T. Smitherman, Chairman;
Donna L. Nelson, Commissioner; Kenneth W. Anderson, Jr., Commissioner; and
Lone Star Transmission, LLC, Appellees

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT
NO. D-1-GN-11-000571, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING**

# M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to abate the appeal. They state that the underlying dispute may become moot within the next 60 to 90 days but the timing remains unclear. Accordingly, we grant the motion and abate the appeal. All appellate deadlines will be tolled during the period of abatement. Absent further order of this Court, this appeal will be automatically reinstated on July 15, 2013. The parties are directed to file either a status report or a motion to dismiss by that date.

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Abated

Filed:   April 18, 2013